FILED
2013 Jul-12 PM 02:22
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# JASPER DIVISION

| | |
|---|---|
| **PIERRE ERNEST FALGOUT, III,** } | |
| } | |
| Petitioner, } | |
| } | |
| v.  } | Case No.: 6:10-cv-8037-RDP-RRA |
| } | 6:07-cr-157-RDP-RRA |
| } | |
| **UNITED STATES OF AMERICA,** } | |
| } | |
| Respondent. } | |

## ORDER

In accordance withe Memorandum Opinion this day entered, it is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that Petitioner's Motion to Vacate, Set Aside, or Correct Sentence pursuant to 28 U.S.C. § 2255 is **DENIED**.

**DONE** and **ORDERED** this    12th    day of July, 2013.

_____
**R. DAVID PROCTOR**
UNITED STATES DISTRICT JUDGE